UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DIANNA DURGANA, et al.,

                Plaintiffs,

                17 CV 7470 (SJ) (RER)

      -against-

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THE CHARTER OAK FIRE
INSURANCE COMPANY,

                Defendant.
-------------------------------------------------------X
A P P E A R A N C E S

HIRSCHEL LAW FIRM PC
71 South Central Avenue
Suite 103
Valley Stream, NY 11580
By: Daniel Hirschel
*Attorney for Plaintiffs*

LAZARE POTTER GIACOVAS & MOYLE
747 Third Avenue
New York, NY 10017
By:   Yale Glazer
*Attorney for Defendant*

**JOHNSON, Senior District Judge:**

      Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Ramon Reyes. Judge Reyes issued the Report on October 31, 2018, and provided the parties with the requisite amount of time to file any objections. Neither party filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

1

A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1). Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report. See id. Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations. See id. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed. See Thomas v. Arn, 474 U.S. 140, 150 (1985). In addition, failure to file timely objections may waive the right to appeal this Court's Order. See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to the recommendations by Magistrate Judge Reyes were due on November 14, 2018. No objections to the Report were filed with this Court. Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Reyes' Report in its entirety. The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: April 22, 2019
Brooklyn, NY

/s/
Sterling Johnson, Jr., U.S.D.J.